■ Loomis J. Grossman, Jr., et al., Appellants, v Pharmhouse Corp. et al., Respondents. (Appeal No. 2.) [652 NYS2d 561] —Order unanimously affirmed without costs. Same Memorandum as in *Grossman v Pharmhouse Corp.* (234 AD2d 918). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.— Summary Judgment.) Present—Denman, P. J., Lawton, Callahan, Balio and Boehm, JJ.